FILED: September 18, 2012

## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

———————————————

No. 12-1430
(8:12-cv-00715-PJM)

———————————————

DR. PEPI SCHAFLER

Plaintiff - Appellant

v.

SCOTT D. FIELD, Esq.; KENNETH OESTREICHER, Esq.; REZNICK, FEDDER & SILVERMAN; WHITEFORD, TAYLOR & PRESTON; DENNIS D. DAVIS, Esq.; RICHARD J. SPEAR, Esq.; GOLDBERG, STINNET et al

Defendants - Appellees

———————————————

## M A N D A T E
———————————————

The judgment of this court, entered 8/1/12, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Patricia S. Connor, Clerk*